IH-32                                                                                                              Rev: 2014-1

# United States District Court
for the
# Southern District of New York
## Related Case Statement

---

### Full Caption of Later Filed Case:

WEST VIRGINIA LABORERS PENSION
TRUST FUND, Individually and on Behalf
of All Others Similarly Situated

| Plaintiff | Case Number |
|---|---|
| vs. | |
| THE ESTÉE LAUDER COMPANIES INC., FABRIZIO FREDA, and TRACEY T. TRAVIS, | |
| Defendant | |

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

BRIDGETT MCALICE, Individually and on
Behalf of All Others Similarly Situated,

| Plaintiff | Case Number |
|---|---|
| vs. | 1:23-cv-10669-AS |
| THE ESTEE LAUDER COMPANIES, INC., FABRIZIO FREDA, TRACEY T. TRAVIS, | |
| Defendant | |

IH-32                                                                                                           Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed — (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

✓ Open — (If so, set forth procedural status and summarize any court rulings.)

The complaint was filed on December 7, 2023.  Electronic summons were issued on December 8, 2023.  Judge Arun Subramanian is assigned to the case.  On December 15, 2023, Judge Subramanian ordered that members of the class in that case have until February 5, 2024 to move the Court to serve as lead plaintiffs and ordered that, if a related case is filed prior to appointment of lead plaintiff, that plaintiff's counsel in the earlier filed case will notify the court.  On December 18, 2023, Judge Subramanian granted an extension of time to answer, move, or otherwise respond to the complaint.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

Both cases assert federal securities class action claims on behalf of investors in The Estée Lauder Companies Inc.'s common stock against the same defendants, including The Estée Lauder Companies Inc. The cases allege similar facts and allege many of the same statements are false. Therefore, the cases are related.

Signature: /s/ Francis P. McConville     Date: 1/22/2024

Firm: Labaton Keller Sucharow LLP